Scott E. Randolph (ISB #6768)
A. Dean Bennett (ISB #7735)
HOLLAND & HART LLP
101 South Capitol Boulevard, Suite 1400
P.O. Box 2527
Boise, Idaho  83701-2527
Telephone:   (208) 342-5000
Facsimile:    (208) 343-8869
Email: serandolph@hollandhart.com
            adbennett@hollandhart.com

Mark A. Miller (UT Bar No. 9563) *(admitted pro hac vice)*
Ginger Utley (UT Bar No. 11766) *(admitted pro hac vice)*
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah  84101
Telephone:  (801) 799-5800
Facsimile:  (801) 799-5700
Email: mmiller@hollandhart.com
            gutley@hollandhart.com

Attorneys for Plaintiff
BATTELLE ENERGY ALLIANCE, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| BATTELLE ENERGY ALLIANCE, LLC, a Delaware limited liability company,<br><br>                              Plaintiff,<br><br>vs.<br><br>SOUTHFORK SECURITY, INC., an Idaho corporation, COREY THUEN, an individual, and DOES 1 through 10, inclusive,<br><br>                              Defendants. | Case No.  4:13-cv-00442-BLW<br><br>**AFFIDAVIT OF SERVICE** |

    I, Ginger Utley, being first duly sworn upon oath, depose and say:

    1.    I am over the age of 18 years and not a party to the above-captioned matter.  My business address is 222 S. Main Street, Suite 2200, Salt Lake City, Utah  84101.

AFFIDAVIT OF SERVICE - 1

2. On October 16, 2013, at about 11:30 a.m., pursuant to the Court's Memorandum Decision & Order dated October 15, 2013 [Dkt 8], I personally served a copy of the following documents:

(1) Complaint and Demand for Jury Trial [Dkt 1];

(2) Plaintiff's *Ex Parte* Application for Temporary Restraining Order [Dkt 2];

(3) Memorandum in Support of Plaintiff's Ex Parte Application for Temporary Restraining Order and Motion for Preliminary Injunction [Dkt 2-1];

(4) Statement of Facts in Support of Plaintiff's *Ex Parte* Application for Temporary Restraining Order and Motion for Preliminary Injunction [Dkt 2-2];

(5) Declaration of Michael Colson in Support of Plaintiff's *Ex Parte* Application for Temporary Restraining Order and Preliminary Injunction [Dkt 2-3];

(6) Declaration of Michael A. Kaczor in Support of Plaintiff's *Ex Parte* Application for Temporary Restraining Order [Dkt 2-4];

(7) Declaration of Mark Miller in Support of Plaintiff's *Ex Parte* Application for Temporary Restraining Order and Preliminary Injunction [Dkt 2-5];

(8) Declaration of Michael R. Sayre in Support of Plaintiff's *Ex Parte* Application for Temporary Restraining Order [Dkt 2-6];

(9) Declaration of Scott E. Randolph in Support of Plaintiff's *Ex Parte* Application for Temporary Restraining Order and Motion for Preliminary Injunction [Dkt 7];

(10) Memorandum Decision & Order [Dkt 8];

(11) Summons - Southfork Security, Inc. [Dkt 9];

(12) Summons - Corey Thuen [Dkt 9-1]; and

(13) Civil Cover Sheet,

by leaving the above-listed documents for Defendants, Southfork Security, Inc. and Corey Thuen, at 1522 Newman Drive, Idaho Falls, Idaho 83402, with Corey Thuen's wife, Amy, a person of suitable age and discretion who resides there.

DATED this 17th day of October, 2013.

_____
Ginger Utley

SUBSCRIBED and SWORN to before me this 17th day of October, 2013.

_____
Notary Public for Utah
My Commission Expires  11-19-2016

[Notary Seal: Barbara W. Thurgood, NOTARY PUBLIC - STATE OF UTAH, My Comm. Exp. 11/19/2016, Commission # 660123]

AFFIDAVIT OF SERVICE - 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of October, 2013, I filed the foregoing electronically through the CM/ECF system.

I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Southfork Security, Inc.
c/o Registered Agent Corey Thuen
1522 Newman Drive
Idaho Falls, ID  83402

Corey Thuen
1522 Newman Drive
Idaho Falls, ID  83402

                                             */s/ Scott E. Randolph*
                                             of Holland & Hart LLP

6466753_1.DOCX

AFFIDAVIT OF SERVICE - 4