Scott E. Randolph (ISB #6768)
A. Dean Bennett (ISB #7735)
HOLLAND & HART LLP
101 South Capitol Boulevard, Suite 1400
P.O. Box 2527
Boise, Idaho 83701-2527
Telephone:  (208) 342-5000
Facsimile:  (208) 343-8869
Email: serandolph@hollandhart.com
         adbennett@hollandhart.com

Mark A. Miller (UT Bar No. 9563) *(admitted pro hac vice)*
Ginger Utley (UT Bar No. 11766) *(admitted pro hac vice)*
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700
Email: mmiller@hollandhart.com
         gutley@hollandhart.com

Attorneys for Plaintiff
BATTELLE ENERGY ALLIANCE, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| BATTELLE ENERGY ALLIANCE, LLC, a Delaware limited liability company,<br><br>                          Plaintiff,<br><br>vs.<br><br>SOUTHFORK SECURITY, INC., an Idaho corporation, COREY THUEN, an individual, and DOES 1 through 10, inclusive,<br><br>                          Defendants. | Case No. 4:13cv00442<br><br>**DECLARATION OF MARK MILLER RE: PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

DECLARATION OF MARK MILLER

I, Mark A. Miller, hereby declare and state as follows:

1. I am one of the attorneys representing Plaintiff Battelle Energy Alliance, LLC in this case. I have personal knowledge of the matters set forth herein.

2. On February 19, 2014, in connection with my preparation for the February 21, 2014 summary judgment hearing, I was informed of a comment posted by Defendant Corey Thuen on Southfork Security's Google+ page.

3. Attached to this declaration is a true and correct copy of the comment I found on Southfork Security's Google+ page at the following URL:

https://plus.google.com/u/0/s/southfork%20security.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of February, 2014, in Sandy, Utah.

*/s/ Mark A. Miller*
Mark A. Miller

6695565_1

DECLARATION OF MARK MILLER - 1

**Southfork Security**
Shared publicly - Dec 17, 2013

Greetings. It's been a while since we've posted about what's going on with the case and the company. Right now we're in a bit of a lull, case-wise. The initial flurry caused by the ex parte has died down and we're starting the long process of the actual case now. We want to say thank you again for your support. Contributions helped tremendously in combatting the ex parte and making sure the project can stay afloat for now. We set the goal of the indiegogo campaign to the amount we estimate for a good portion of the entire trial so, though we fell short of the goal, the campaign was a success and we're able to keep working on our open source tool, Visdom.

Second, the TRO was dismissed as it quickly became apparent that copyright infringement allegations are baseless. In desperation, BEA changed their tactic and are attempting to claim ownership of some of the code through ridiculous employment contract interpretations. We aren't worried. Before this case started we were in the process of doing some refactoring of older code so we're already on the way to replace any code over which they think they have any sort of claim. Thus, even in a worst case situation where they can somehow persuade a judge/jury to their cause, we should be able to move forward without trouble.

For you technical folks, we've updated the readme on github. Long story short, we're going to force-push and replace everything there in order to be clean regardless of case outcome. We might set up a temporary repository for active development which we'll then push over the top of the official one.

Thanks again for all of your support. It has made us proud to see the open source community and our friends rally behind an egregious injustice. Thank you.