IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BATTELLE ENERGY ALLIANCE, LLC, a Delaware limited liability company,<br><br>     Plaintiff,<br><br>vs.<br><br>SOUTHFORK SECURITY, INC., an Idaho corporation, COREY THUEN, an individual, and DOES 1 through 10, inclusive,<br><br>     Defendants. | Case No. 4:13cv00442-BLW<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AND FOR APPROVAL OF SETTLEMENT PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

  The Court has received from the parties a Stipulation for Dismissal With Prejudice and For Approval of Settlement Pursuant to Federal Rule of Civil Procedure 41(a)(2) (Docket No. 60). Having reviewed the Stipulation, the Court finds good cause to dismiss this proceeding and to approve the parties' Stipulation subject to the terms and conditions requested therein.

  NOW, THEREFORE, it is hereby ordered that (1) the terms of the parties' settlement agreement, which is attached as Exhibit A to the Stipulated Motion ("Agreement") is incorporated by this reference into this Order; (2) the Court retains jurisdiction to enforce the Agreement, as provided by Paragraph 6 of the Agreement; and (3) consistent with the foregoing, this action is dismissed with prejudice for the reason that the parties have fully compromised and settled the dispute that is the subject of this

litigation. It is further ordered that each party shall bear their own costs and attorneys' fees incurred in this proceeding.

DATED: April 15, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court