## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BATTELLE ENERGY ALLIANCE, LLC, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>vs.<br><br>SOUTHFORK SECURITY, INC., an Idaho  corporation, COREY THUEN, an individual, and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.  4:13cv00442-BLW<br><br>**JUDGMENT** |

In accordance with the Order issued concurrently herewith,

**IT IS HEREBY  ORDERED, ADJUDGED, AND DECREED** that judgment be entered and that this case be dismissed in its entirety, with prejudice, with each party bearing its own costs and attorney fees.

**IT IS FURTHER ORDERED** that the Court will retain jurisdiction of this matter to enforce the parties' settlement agreement, as set forth in the stipulated order dismissing this case.

DATED: April 15, 2014

B. Lynn Winmill
Chief Judge
United States District Court